

FILED

06/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0060

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0060

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MICHAEL LEE CAMERON,

Defendant and Appellant.

FILED

JUN 3 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

In a February 6, 2020 Order, this Court granted Michael Lee Cameron's Motion for Appointment of Counsel. On March 5, 2020, Chad M. Wright of the Appellate Defender Division filed a Notice of Appearance. Before this Court is Cameron's "Motion to Proceed Pro Se."

Cameron requests that his counsel be removed from representation in this appeal. Cameron further requests that all documents pertaining to this appeal be transferred from Mr. Wright to Cameron. He notes that this above caption should be changed to reflect his initials because he is a natural person and not a corporation.

We decline to alter Cameron's name in this caption. M. R. App. P. 2(4). Cameron is entitled to the appointment of counsel for his direct appeal. Section 46-8-104(1)(d), MCA. "However, 'the right to assistance of counsel does not grant defendants the right to counsel of their choice.'" *State v. Dethman*, 2010 MT 268, ¶ 15, 358 Mont. 384, 245 P.3d 30 (internal citations omitted). Moreover, "[t]here is no constitutional right to self-representation on the initial appeal as of right." *Martinez v. Ct. of Appeal*, 528 U.S. 152, 155, 120 S. Ct. 684, 687 (2000) (citing *Faretta v. Cal.*, 422 U.S. 806, 95 S. Ct. 2525 (1975) (internal citation omitted)). Contrary to his request, Cameron possesses no right to represent himself in his appeal of the Yellowstone County District Court's Order of Revocation and Imposition of Sentence. Cameron has not established good cause to remove counsel.

This Court cautions Cameron to refrain from filing pleadings on his own behalf while represented by counsel in an appeal. M. R. App. P. 10(1)(c). Accordingly,

IT IS ORDERED that Cameron's Motion to Proceed Pro Se is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Michael Lee Cameron personally.

DATED this 30 day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2